No. 79–5846. GRUBBS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 79–5863. GODWIN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–5872. HARRISON v. NAIFEH, JUDGE, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 79–5892. ALTRO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–5919. TRIMBLE v. CONLEY, JUDGE, ET AL. Sup. Ct. Mo. Certiorari denied.

No. 79–5947. WEXLER v. PHILADELPHIA CONSUMER DISCOUNT CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–5952. GINTER v. WALLIN ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–5956. GRISSO v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 79–5961. CUPPS v. SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 10th Cir. Certiorari denied.

No. 79–5968. MABERY v. NEW YORK STATE PAROLE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 79–5970. MICKENS v. TOWNLEY. C. A. 4th Cir. Certiorari denied.

No. 79–5971. GRIFFIN v. PERINI, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 79–5979. RIVERA ET AL. v. AQUEDUCT AND SEWER AUTHORITY OF PUERTO RICO. Sup. Ct. P. R. Certiorari denied.